*E-Filed 9/30/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRGIL DOUGLAS RANDALL,<br>    Petitioner,<br>  v.<br>COUNTY OF SAN DIEGO,<br>    Respondent._____/ | No. C 13-4368 RS (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner requests early release from his state sentence, is TRANSFERRED to the Eastern District of California, as that is the district in which the sentence is being executed. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: September 30, 2013

_____
RICHARD SEEBORG
United States District Judge