UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL RANDALL, | No. 2:13-cv-2076 CKD P |
| Petitioner, | |
| v. | ORDER |
| COUNTY OF SAN DIEGO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

The court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court.  Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition.  See Rule 2(c), Rules Governing § 2254 Cases.  Petitioner has failed to specify the grounds for relief in his petition.  See id.

Petitioner is hereby notified that in order for this court to review his application, he must refile his petition on the proper form.  Furthermore, although petitioner may submit a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information.

////

1

Therefore, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 7) is denied as moot;

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order. Failure to timely file an amended petition will result in a recommendation that this action be dismissed without prejudice;

3. Any amended petition must bear the case number assigned to this action and the title "Amended Petition"; and

4. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

Dated: January 29, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / rand2076.115

2