UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL RANDALL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO,<br><br>　　　　　Respondent. | No.  2:13-cv-2076 CKD P<br><br><br>ORDER AND<br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

　　　　By order filed January 29, 2014, petitioner's habeas application was dismissed and thirty days' leave to file an amended application was granted.  The thirty day period has now expired, and petitioner has not filed an amended petition.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of Court assign a district judge to this action.

　　　　IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the

1

specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 14, 2014

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / rand2076.fta.hab